UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARA SIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-493 |
| ) | |
| NORTHSTAR LOCATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, BARBARA SIAS ("Plaintiff"), through Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, with prejudice, against Defendant, NORTHSTAR LOCATION SERVICES, LLC.

RESPECTFULLY SUBMITTED,

April 4, 2014

By: /s/ Michael S. Agruss
Michael S. Agruss
Agruss Law Firm, LLC
22 W. Washington Street, Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On April 4, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Lisa Leising, at lleising@northstarlocation.com.

By: /s/ Michael S. Agruss
Michael S. Agruss