IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Barbara Sias,**<br>    **Plaintiff,**<br><br>v.<br><br>**Northstar Location Services, LLC,**<br><br>    **Defendant** | CIVIL ACTION NO. H-14-00493 |

## ORDER

In accordance with the Notice of Voluntary Dismissal filed on April 4, 2014 (docket entry no. 5), this action is dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 7th day of April, 2014.

                                                                        _____
                                                                        SIM LAKE
                                                                        UNITED STATES DISTRICT JUDGE